# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY G. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; SALVADOR M. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ,<br><br>        Plaintiffs,<br><br>   v.<br><br>BNSF RAILWAY COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS); COUNTY OF KERN; CITY OF DELANO; CITY OF McFARLAND; CITY OF WASCO; and DOES 1 through 200, inclusive,<br><br>        Defendants. | 1:07-cv-1417 OWW GSA<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference: 5/2/08 8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

    January 17, 2008.

1  II.   Appearances Of Counsel.

2       McNicholas & McNicholas, LLP by Juan C. Victoria, Esq.,
3  appeared on behalf of Plaintiffs.

4       Lumbardi, Loper & Conant, LLP by Clyde Hutchinson, Esq.,
5  appeared on behalf of Defendant National Railroad Passenger
6  Corporation and BNSF Railway Company.

7       John Hoxie, Esq., appeared on behalf of Defendants The State
8  of California and Department of Transportation.

9       Mark Nations, Esq., Kern County Counsel, appeared on behalf
10 of Defendant the County of Kern.

11 III.  Status of Case.

12      1.   Plaintiffs' counsel has advised the Court and all
13 Defendants that it is the intention of Plaintiffs to seek new
14 counsel.  Accordingly, 90 to 100 days have been requested for new
15 counsel to be located and to be substituted into the case.

16      2.   Plaintiffs' counsel further stated that he has been
17 authorized by his clients to dismiss Defendants City of Delano,
18 City of McFarland, and City of Wasco.  Dismissal papers will be
19 filed on or before February 1, 2008.

20      3.   No Defendant has objected to the requested continuance
21 of this Scheduling Conference.  Accordingly, this Scheduling
22 Conference is continued to May 2, 2008, at 8:15 a.m.  The parties
23 are authorized to appear telephonically.

24      4.   Any new counsel for Plaintiffs shall enter their
25 appearances on or before April 22, 2008.

26

27 IT IS SO ORDERED.

28 **Dated:   January 17, 2008**              **/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE