**WALL, WALL & PEAKE**
A PROFESSIONAL CORPORATION
1601 "F" STREET
BAKERSFIELD, CALIFORNIA  93303-2507
TELEPHONE: (661) 327-8461

Larry F. Peake, SBN 082626
Attorney for Defendants City of McFarland,
City of Delano, and City of Wasco

# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MARY G. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; SALVADOR M. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; OSVALDO RENE LOPEZ, a minor by and through Guardian ad Litem, MARY G. LOPEZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ<br><br>                        Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS); COUNTY OF KERN; CITY OF DELANO; CITY OF McFARLAND; CITY OF WASCO; and Does 1 through 200, inclusive,<br><br>                        Defendants. | Case No. 1:07-CV-01417-OWW-GSA<br><br>DISMISSAL WITH PREJUDICE OF CITIES OF DELANO, McFARLAND, AND WASCO AND JUDGMENT THEREON (DISMISSALS WITH PREJUDICE) |

    The Plaintiff in this action, by and through its undersigned attorney; and the Cities of Delano, McFarland, and Wasco, by and through their undersigned attorney; hereby agree, in

-1-

REQUEST FOR DISMISSAL WITH PREJUDICE

judgment shall by stipulation be entered thereon by said parties, that the Plaintiff's Complaint in this action shall be dismissed in its entirety, with prejudice, as to the City of Delano; City of McFarland; and City of Wasco with each party to assume their own attorney's fees and costs of any type or nature.

Further, in conjunction with such dismissal with prejudice of the three aforementioned Defendants (Cities of Delano, McFarland and Wasco), and by and through the stipulation by Plaintiff and said Cities by and through their respective attorneys, in good cause appearing therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's action against the Cities of Delano, McFarland, and Wasco as Defendants in this action are hereby dismissed with prejudice;

2. Each party shall assume their own attorney's fees and costs of any type or nature in conjunction with said dismissal with prejudice and stipulation by the parties; and

3. Judgment shall be entered by the Court dismissing this action as to the City of Delano, City of McFarland, and City of Wasco.

DATED: April 4, 2008                                WALL, WALL & PEAKE

By:_____
LARRY F. PEAKE, Attorneys for Defendants
City of McFarland, City of Delano, and
City of Wasco

DATED: March ____, 2008              By:_____
JUAN CARLOS VICTORIA, Attorneys for
Plaintiff Mary Lopez

IT IS SO ORDERED.

**Dated:   April 4, 2008**                      _____/s/ Oliver W. Wanger_____
UNITED STATES DISTRICT JUDGE