UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY G. LOPEZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>        Defendants. | 1:07-cv-1417 OWW GSA<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference Date: 8/1/08 8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

    July 31, 2008.

II.   Appearances Of Counsel.

    Plaintiff did not appear, although other parties appeared.

    Because Plaintiff has contacted the Court through John K. Harness, Railroad Liability Consultant, representing that she is about to obtain counsel in this case, this Scheduling Conference is continued to August 1, 2008, at 8:15 a.m. so that Plaintiff, Mary Lopez, may participate.

IT IS SO ORDERED.

Dated:   July 31, 2008              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE