UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY G. LOPEZ, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>        Defendants. | 1:07-cv-1417 OWW GSA<br><br>ORDER AFTER AUGUST 1, 2008,<br>SCHEDULING CONFERENCE<br><br>Further Scheduling<br>Conference Date: 8/21/08<br>8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

    August 1, 2008.

II.  Appearance Of Plaintiff.

    Mary G. Lopez was a participant in the conference and described her efforts to obtain an attorney.

    This Scheduling Conference is continued twenty (20) days to August 21, 2008, at 8:15 a.m. at which time Ms. Lopez shall appear telephonically with new attorneys, if she has been successful in obtaining new attorneys.

IT IS SO ORDERED.

Dated:   August 1, 2008                    /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE