**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARY G. LOPEZ, et al., | ) | 1:07-cv-1417 OWW GSA |
| | ) | |
| Plaintiffs, | ) | ORDER AFTER SCHEDULING |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | Further Scheduling |
| BNSF RAILWAY COMPANY, et al., | ) | Conference Date: 9/12/08 |
| | ) | 8:15 Ctrm. 3 |
| Defendants. | ) | |
| | ) | |

   Mary Lopez reports through Juan Victoria, Esq., that she has been unable to locate counsel.

   The parties have engaged in some settlement negotiations, however, there appears to be no justification for further delay in this case.

   The parties shall meet and/or communicate telephonically and prepare a proposed schedule for the case and submit that supplemental scheduling report on or before September 5, 2008. A Further Scheduling Conference shall be held September 12, 2008, at 8:15 a.m. The parties are authorized to appear telephonically. At that time the parties shall have a proposed

///

///

1

1  schedule for the final resolution of the case.

3  IT IS SO ORDERED.

4  Dated:   **August 21, 2008**                    **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE