Patrick McNicholas, Esq. – State Bar No. 125868
Juan C. Victoria, Esq. – State Bar No. 224176
McNICHOLAS & McNICHOLAS, LLP
10866 Wilshire Blvd., Suite 1400
Los Angeles, California 90024
Telephone:  (310) 474-1582
Facsimile:    (310) 475-7871

Attorneys for Plaintiffs
MARY G. LOPEZ, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARY G. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; SALVADOR M. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ, | CASE NO.:  1:07-CV-01417-OWW-NEW (TAG)<br><br>**ORDER APPOINTING TOMMIE CRUZ AS GUARDIAN AD LITEM FOR PLAINTIFF OSVALDO RENE LOPEZ, A MINOR**<br>**(Fed. R. Civ. P. 17(c))**<br><br>Department:    Courtroom 3 (7th Floor)<br>Judge:          Hon. Oliver W. Wanger |
| Plaintiffs, | |
| vs. | |
| BNSF RAILWAY COMPANY; NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS); COUNTY OF KERN; CITY OF DELANO; CITY OF McFARLAND; CITY OF WASCO; and DOES 1 through 200, Inclusive, | |
| Defendants. | |

1

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered the Motion to Appoint Guardian Ad Litem for Plaintiff Osvaldo Rene Lopez, a minor under 18 years of age, and good cause having been shown therefore, hereby **ORDERS** that the Motion is granted.

1.    Tommie Cruz, whose address is 30533 Orange Street, Shafter, California 93263, is hereby appointed guardian ad litem for Plaintiff Osvaldo Rene Lopez, a minor, in place of Plaintiff Mary G. Lopez.

**IT IS SO ORDERED.**

DATED: October 31, 2008        /s/ OLIVER W. WANGER
                                   Hon. Oliver W. Wanger, U.S. District Court Judge

[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM FOR MINOR PLAINTIFF
(Fed. R. Civ. P. 17(c))

PDF created with pdfFactory trial version www.pdffactory.com