IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY G. LOPEZ, individually and as Successor-in-Interest on behalf of Decedent, SALVADOR V. LOPEZ, et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>            Defendants. | No. CV-F-07-1417 OWW/GSA<br><br>MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS STATE OF CALIFORNIA AND CALIFORNIA DEPARTMENT OF TRANSPORTATION'S MOTION TO DISMISS ON THE GROUND OF SOVEREIGN IMMUNITY (Doc. 47) |

Plaintiffs have filed Statements of Non-Opposition to Defendants State of California and California Department of Transportation's motion to dismiss the Complaint for lack of subject matter jurisdiction on the ground of sovereign immunity. Accordingly:

   1.  The motion to dismiss filed by Defendants State of California and California Department of Transportation is **GRANTED**;

**2.   This action is DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION based on sovereign immunity against Defendants State of California and California Department of Transportation.**

IT IS SO ORDERED.

**Dated:   January 8, 2009**               /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

2