**OFFICE OF KERN COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
**By Mark L. Nations, Chief Deputy (Bar # 101838)**
**Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, California 93301**
**Telephone:  (661) 868-3800**

**Attorney for Defendant,**
**COUNTY OF KERN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY G. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; SALVADOR M. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ,<br><br>                    Plaintiffs,<br>     v.<br><br>BNSF RAILWAY COMPANY; et al.,<br><br>                    Defendants. | CASE NO.  1:07-CV-01417 OWW GSA<br><br>ORDER GRANTING COUNTY OF KERN'S SUMMARY JUDGMENT |

The Motion for Summary Judgment of defendant County of Kern was submitted without argument after no opposition to the motion was filed by plaintiffs.

After considering the moving papers, the evidence presented and the applicable legal authorities, IT IS HEREBY ORDERED THAT

    1.)    Defendant County of Kern's motion for summary adjudication is GRANTED as to Plaintiffs' wrongful death claim.

///

1  2.) Defendant County of Kern's motion for summary adjudication is GRANTED as to Plaintiffs' negligence claim.
3  3.) Defendant County of Kern's motion for summary adjudication is GRANTED as to Plaintiffs' dangerous condition of public property" claim.
5  4.) Defendant County of Kern is hereby dismissed as a party with prejudice and judgment is entered in its favor and against plaintiffs.
7  5.) The parties shall bear their own costs of suit.

#07cv1417.o.msj.wpdIT IS SO ORDERED.

**Dated:   August 29, 2009**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

2

Order Granting County's Summary Judgment