B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
BNSF RAILWAY COMPANY and NATIONAL
RAILROAD PASSENGER CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARY G. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; SALVADOR M. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS); COUNTY OF KERN; CITY OF DELANO; CITY OF McFARLAND; CITY OF WASCO; and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No.  1:07-cv-01417 OWW GSA<br><br>**STIPULATION TO CONTINUE DEADLINES FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT WITNESS DISCLOSURES AND SUPPLEMENTAL EXPERT WITNESS DISCLOSURES** |

IT IS HEREBY STIPULATED by and between Plaintiffs MARY G. LOPEZ, SALVADOR M. LOPEZ, OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ (collectively "Plaintiffs") and Defendants BNSF RAILWAY COMPANY and NATIONAL RAILROAD PASSENGER CORPORATION (collectively "Defendants"), through their designated counsel, that the deadlines for expert witness disclosures, supplemental expert witness disclosures and for the non-expert discovery cut-off be continued thirty (30) days.

Accordingly, per the instant stipulation, the parties request that the following dates be set by the Court:

- Non-Expert Discovery Cut-Off:  October 7, 2009;
- Expert Witness Disclosures [Fed. R. Civ. P. 26(a)(2)]:  October 7, 2009; and
- Supplemental Expert Disclosures [Fed. R. Civ. P. 26(a)(2)(C)]:  November 16, 2009.

The above-detailed extensions will not affect the dates set by the Court for the filing of dispositive motions, non-dispositive motions, the Mandatory Settlement Conference, the Pre-Trial Conference, or Trial.

DATED: September 9, 2009                MCNICHOLAS & MCNICHOLAS, LLP

By:     /s/ Juan C. Victoria
JUAN C. VICTORIA
Attorneys for Plaintiffs
OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE CRUZ

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-36021 JBS 574971.1                    2                    1:07-cv-01417 OWW GSA
STIPULATION TO CONTINUE DEADLINES FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT WITNESS DISCLOSURES AND SUPPLEMENTAL EXPERT WITNESS DISCLOSURES

DATED: September 10, 2009

By: /s/ Mary G. Lopez
MARY G. LOPEZ
Plaintiff Pro Se

DATED: September 10, 2009

By: /s/ Salvador M. Lopez
SALVADOR M. LOPEZ
Plaintiff Pro Se

DATED: September 14, 2009   LOMBARDI, LOPER & CONANT

By: /s/ Jason B. Shane
JASON B. SHANE
Attorneys for Defendants
BNSF RAILWAY COMPANY and NATIONAL
RAILROAD PASSENGER CORPORATION

IT IS SO ORDERED.

DATED: 9/14/2009   /s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-36021 JBS 574971.1                    3                    1:07-cv-01417 OWW GSA

STIPULATION TO CONTINUE DEADLINES FOR NON-EXPERT DISCOVERY CUT-OFF, EXPERT WITNESS DISCLOSURES AND SUPPLEMENTAL EXPERT WITNESS DISCLOSURES