B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209208
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD
PASSENGER CORPORATION and
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARY G. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; SALVADOR M. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent, SALVADOR V. LOPEZ; OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ; and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, MARY G. LOPEZ <br><br> Plaintiffs, <br><br> v. <br><br> BNSF RAILWAY COMPANY, NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK); STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS); COUNTY OF KERN; CITY OF DELANO; CITY OF McFARLAND; CITY OF WASCO; and DOES 1 through 200, Inclusive, <br><br> Defendants. | Case No.  1:07-cv-01417 OWW GSA <br><br> **STIPULATION AND ORDER OF DISMISSAL OF COMPLAINT** |

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between Plaintiffs MARY G. LOPEZ, individually
2  and as Successor-In-Interest on behalf of Decedent SALVADOR V. LOPEZ, and SALVADOR
3  M. LOPEZ, individually and as Successor-In-Interest on behalf of Decedent SALVADOR V.
4  LOPEZ, OSVALDO RENE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE
5  CRUZ, TOMMY GREGORY LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE
6  CRUZ and MEGHIN LEANNE LOPEZ, a minor, by and through Guardian ad Litem, TOMMIE
7  CRUZ; and Defendants NATIONAL RAILROAD PASSENGER CORPORATION and BNSF
8  RAILWAY COMPNY, through their designated counsel, that the above-captioned action be
9  dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees
10 to bear their own costs.

   Plaintiffs and Defendants have reached a settlement of this action.  In light of the settlement, counsel for the minor Plaintiffs Osvaldo Lopez, Tommy Lopez, and Meghin Lopez will file Petitions to Approve the Minors' Compromises.  It is anticipated the Court will consider the aforementioned Petitions by December 31, 2009.  Accordingly, the parties request that the Court dismiss this action twenty-one (21) days after the Court has issued an Order approving the minors' compromises.

Dated: December 11, 2009                    PLAINTIFF PRO PER

                                            */s/ Mary G. Lopez*
                                            _____
                                            MARY G. LOPEZ, individually and
                                            as Successor-In-Interest on behalf of Decedent
                                            SALVADOR V. LOPEZ

Dated: December 11, 2009                    PLAINTIFF PRO PER

                                            */s/ Salvador M. Lopez*
                                            _____
                                            SALVADOR M. LOPEZ, individually and as
                                            Successor-In-Interest on behalf of Decedent
                                            SALVADOR V. LOPEZ

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-36021 VC 578518.1                     2                    Case No. 1:07-cv-01417 OWW GSA
STIPULATION & ORDER OF DISMISSAL OF COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December 9, 2009 | MCNICHOLAS & MCNICHOLAS, LLP |
| | By: */s/ Juan C. Victoria* <br> JUAN C. VICTORIA <br> Attorneys for Plaintiffs, OSVALDO RENE LOPEZ, TOMMY GREGORY LOPEZ, and MEGHIN LEANNE LOPEZ, minors, by and through Guardian Ad Litem TOMMIE CRUZ |
| Dated: December 16, 2009 | LOMBARDI, LOPER & CONANT, LLP |
| | By: */s/ Vincent Castillo* <br> B. CLYDE HUTCHINSON <br> VINCENT CASTILLO <br> JASON B. SHANE <br> Attorneys for Defendants, NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY |

## ORDER

Pursuant to the agreement of the Parties as set forth in the Stipulation above, it is hereby ordered that this Action be dismissed with prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

DATED:  December 17, 2009

By: /s/ OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE