1   Patrick McNicholas, Esq. – State Bar No. 125868
    Juan C. Victoria, Esq. – State Bar No. 224176
2   McNICHOLAS & McNICHOLAS, LLP
    10866 Wilshire Blvd., Suite 1400
3   Los Angeles, California 90024
    Telephone:  (310) 474-1582
4   Facsimile:   (310) 475-7871
5
    Attorneys for Plaintiffs
6   MARY G. LOPEZ, et al.
7
8                     UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
10
11  MARY G. LOPEZ, individually and as          CASE NO.:  1:07-CV-01417-OWW-GSA
    Successor-In-Interest on behalf of Decedent,
12  SALVADOR V. LOPEZ; SALVADOR M.              **ORDER GRANTING STIPULATION TO**
    LOPEZ, individually and as Successor-In-     **WAIVE NOTICE TO HEAR THE**
13  Interest on behalf of Decedent, SALVADOR    **PETITIONS TO APPROVE THE MINORS'**
    V. LOPEZ; OSVALDO RENE LOPEZ, a             **COMPROMISE HEARINGS ON**
14  minor, by and through Guardian ad Litem,     **DECEMBER 21, 2009**
    MARY G. LOPEZ; TOMMY GREGORY
15  LOPEZ, a minor, by and through Guardian ad
    Litem, MARY G. LOPEZ; and MEGHIN
16  LEANNE LOPEZ, a minor, by and through
    Guardian ad Litem, MARY G. LOPEZ,
17
18
19               Plaintiffs,
20          vs.
21
    BNSF RAILWAY COMPANY; NATIONAL
22  RAILROAD PASSENGER CORPORATION
    (AMTRAK); STATE OF CALIFORNIA;
23  CALIFORNIA DEPARTMENT OF
    TRANSPORTATION (CALTRANS);
24  COUNTY OF KERN; CITY OF DELANO;
    CITY OF McFARLAND; CITY OF WASCO;
25  and DOES 1 through 200, Inclusive,
26
                 Defendants.
27
28
                                        1
    ORDER GRANTING STIPULATION TO WAIVE NOTICE TO HEAR THE PETITIONS TO APPROVE THE
                            MINORS' COMPROMISE

PDF created with pdfFactory trial version www.pdffactory.com

Upon consideration of the Stipulation to Waive Notice to Hear the Petitions to Approve the Minors' Compromise Hearing on December 21, 2009, IT IS HEREBY ORDERED THAT:

1.      Notice regarding the hearings of the Petitions to Approve the Minors' Compromise is hereby granted.

Dated:  December 18, 2009

By:/s/ OLIVER W. WANGER
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA –
FRESNO DIVISION

ORDER GRANTING STIPULATION TO WAIVE NOTICE TO HEAR THE PETITIONS TO APPROVE THE MINORS' COMPROMISE

PDF created with pdfFactory trial version www.pdffactory.com