1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

11

12 MARY G. LOPEZ, individually and as
Successor-In-Interest on behalf of Decedent,
13 SALVADOR V. LOPEZ; SALVADOR M.
LOPEZ, individually and as Successor-In-
14 Interest on behalf of Decedent, SALVADOR
V. LOPEZ; OSVALDO RENE LOPEZ, a
15 minor, by and through Guardian ad Litem,
MARY G. LOPEZ; TOMMY GREGORY
16 LOPEZ, a minor, by and through Guardian ad
Litem, MARY G. LOPEZ; and MEGHIN
17 LEANNE LOPEZ, a minor, by and through
Guardian ad Litem, MARY G. LOPEZ,
18

19

20 Plaintiffs,

21 vs.

22 BNSF RAILWAY COMPANY; NATIONAL
RAILROAD PASSENGER CORPORATION
23 (AMTRAK); STATE OF CALIFORNIA;
CALIFORNIA DEPARTMENT OF
24 TRANSPORTATION (CALTRANS);
COUNTY OF KERN; CITY OF DELANO;
25 CITY OF McFARLAND; CITY OF WASCO;
and DOES 1 through 200, Inclusive,
26

27 Defendants.

28

CASE NO.:  1:07-CV-01417-OWW-NEW
(TAG)

**ORDER APPROVING COMPROMISE OF
PENDING ACTION OF CLAIMANT
OSVALDO RENE LOPEZ, A MINOR**

Department:   Courtroom 3 (7th Floor)
Judge:        Hon. Oliver W. Wanger

1
[PROPOSED] ORDER APPROVING COMPROMISE OF PENDING ACTION OF CLAIMANT OSVALDO RENE
LOPEZ

PDF created with pdfFactory trial version www.pdffactory.com

1

2        1.    **Petitioner,** Tommie Cruz, has petitioned for court approval of a proposed

3    compromise of a disputed claim of a minor or a pending action involving a minor, or a proposed

4    disposition of the proceeds of a judgment for a minor or an adult person with a disability.

5        2.    **Hearing:**    No hearing is required.

6        3.    **Relationship of claimant:**    Petitioner is claimant's grandmother and guardian

7    ad litem.

8        4.    **Claimant:**    Osvaldo Rene Lopez, is a minor.

9        5.    **Defendant**:    The claim or action to be compromised is asserted, or the judgment

10   is entered, against, Defendants, NATIONAL RAILROAD PASSENGER CORPORATION and

11   BNSF RAILWAY COMPANY.

12       6.    **THE COURT FINDS** that all notices required by law have been given.

13       7.    **THE COURT ORDERS:**

14       a.    The petition is granted and the proposed compromise of claim or action or the

15   proposed disposition of the proceeds of the judgment is approved.  The gross amount or value of

16   the settlement or judgment in favor of claimant is $29,575.13.

17       b.    The payer shall disburse the proceeds of the settlement or judgment approved by

18   this order in the following manner:

19       (1)    **Payment of the fees and expenses**

20       Fees and expenses shall be paid by one or more checks or drafts, drawn payable to the

21   order of the petitioner and the petitioner's attorney, if any, or directly to third parties entitled to

22   receive payment identified in this order for the following items of expense or damage, which are

23   hereby authorized to be paid out of the proceeds of the settlement or judgment:

24       a.    Attorneys fees in the total amount of $5,000.00 payable to McNicholas &

25   McNicholas, LLP;

26       b.    Other authorized disbursements payable directly to third parties in the total amount

27   of $4,575.13 for litigation costs.

28

2

[PROPOSED] ORDER APPROVING COMPROMISE OF PENDING ACTION OF CLAIMANT OSVALDO RENE
LOPEZ

PDF created with pdfFactory trial version www.pdffactory.com

1

2

c.      Total allowance for fees and expenses from the settlement or judgment: $9,575.13.

3

(2)      **Balance**

4

5

The balance of the settlement or judgment available for claimant after payment of all allowed fees and expenses is:  $20,000.00.

6

The balance shall be disbursed as follows:

7

8

9

10

a.      $20,000.00 will be invested in a single-premium deferred annuity, subject to withdrawal only upon the authorization of the court.  The terms and conditions of the annuity are specified in the Settlement Proposal for an Annuity for Osvaldo Rene Lopez, Tommy Gregory Lopez, and Meghin Leanne Lopez attached herein as Exhibit "2."

11

12

8.      **Further orders of the court concerning disposition of the settlement proceeds**:

There are no further orders from the court.

13

9.      **Authorization to execute settlement documents**

14

15

a.      The petitioner is authorized and directed to execute any and all documents necessary to carry out the terms of the settlement.

16

10.      Bond is not required.

17

11.      A copy of this order shall be served on the payer forthwith.

18

12.      **Additional orders**

19

The court makes the following additional order:

20

21

22

23

Dated: December 21, 2009                          /s/ OLIVER W. WANGER
                                                                   Hon. Judge Oliver W. Wanger

24

25

26

27

28

3

[PROPOSED] ORDER APPROVING COMPROMISE OF PENDING ACTION OF CLAIMANT OSVALDO RENE LOPEZ

PDF created with pdfFactory trial version www.pdffactory.com